No. 00–7218. THOMAS *v.* CLEBURNE COUNTY COMMISSION ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7239. McCUNE *v.* BUTLER COUNTY CHILDREN AND YOUTH AGENCY. Super. Ct. Pa. Certiorari denied.

No. 00–7241. JONES *v.* HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–7242. JOHNSON *v.* IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–7243. TAYLOR *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–7247. PAUL *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–7249. BAZE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–7252. JOE *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7258. WHITE-BEY *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 00–7259. IN RE MIRANDA. Ct. Crim. App. Tex. Certiorari denied.

No. 00–7260. ANDERSON *v.* VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–7262. VILLEGAS *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7263. TULLIS *v.* WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–7267. JACKSON *v.* CADDO CORRECTIONAL CENTER. C. A. 5th Cir. Certiorari denied.